1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PENNYMAC CORP.,

11              Plaintiff,                    Case No. 2:12-cv-1425 KJM DAD PS

12        vs.

13   DALE P. BABIJ;                           ORDER
     TRACEY L. BABIJ,
14

15              Defendants.

16   _____/

17          By Notice of Removal filed May 25, 2012, this unlawful detainer action was

18   removed from the El Dorado County Superior Court by Evelyn Marcus, who paid the required

19   filling fee and who is proceeding pro se.  Accordingly, the matter has been referred to the

20   undersigned for all purposes encompassed by Local Rule 302(c)(21).

21          On June 6, 2012, plaintiff filed an ex parte application for an order shortening

22   time with respect to a proposed notice of motion and motion to remand.  (Doc. No. 5.)  However,

23   on June 8, 2012, the undersigned issued findings and recommendations recommending that this

24   matter be summarily remanded to the El Dorado County Superior Court.  The time for filing of

25   objections to those findings and recommendations has not yet expired.  However, once that

26   objection period has run, the findings are recommendations will be submitted to the assigned

                                              1

1   District Judge for review.

2          Accordingly, IT IS HEREBY ORDERED that plaintiff's June 6, 2012 ex parte

3   application for an order shortening time (Doc. No. 5) is denied without prejudice to its renewal if

4   that become appropriate.[1]

5   DATED: June 14, 2012.

6

7                                                     _Dale A. Drozd_____

8                                                     DALE A. DROZD
                                                      UNITED STATES MAGISTRATE JUDGE
9

10

11  DAD:6
    Ddad1\orders.pro se\pennymac1425.shorten.time.den
12

13

14

15

16

17

18

19

20

21

22

23

24  _____

        [1]  Plaintiff may file a subsequent application for an order shortening time if this case is
25  not remanded by the assigned District Judge upon review of the undersigned's findings and
    recommendations recommending remand.
26