IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNYMAC CORP., | |
| Plaintiff, | Case No. 2:12-cv-1425 KJM DAD PS |
| vs. | |
| DALE P. BABIJ;<br>TRACEY L. BABIJ, | ORDER |
| Defendants. | |
| _____/ | |

By Notice of Removal filed May 25, 2012, this unlawful detainer action was removed from the El Dorado County Superior Court by Evelyn Marcus, who paid the required filling fee and who is proceeding pro se. Accordingly, the matter has been referred to the undersigned for all purposes encompassed by Local Rule 302(c)(21).

On June 6, 2012, plaintiff filed an ex parte application for an order shortening time with respect to a proposed notice of motion and motion to remand. (Doc. No. 5.) However, on June 8, 2012, the undersigned issued findings and recommendations recommending that this matter be summarily remanded to the El Dorado County Superior Court. The time for filing of objections to those findings and recommendations has not yet expired. However, once that objection period has run, the findings are recommendations will be submitted to the assigned

1

1  District Judge for review.

2  Accordingly, IT IS HEREBY ORDERED that plaintiff's June 6, 2012 ex parte

3  application for an order shortening time (Doc. No. 5) is denied without prejudice to its renewal if

4  that become appropriate.[1]

5  DATED: June 14, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\pennymac1425.shorten.time.den

---

[1] Plaintiff may file a subsequent application for an order shortening time if this case is not remanded by the assigned District Judge upon review of the undersigned's findings and recommendations recommending remand.