IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PENNYMAC CORP.,

        Plaintiff,                      Case No. CVI S-12-1425 KJM DAD PS

    vs.

DALE P. BABIJ;                          ORDER
TRACEY L. BABIJ,

        Defendants.

_____/

        Defendants are proceeding pro se in the above-entitled action, which they removed from state court. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On June 8, 2012, the magistrate judge filed findings and recommendations, which were served on defendants and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and defendants have not filed objections to the findings and recommendations.

        The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are

reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 8, 2012 (Doc. No. 7) are adopted in full;

2. This action is summarily remanded to the El Dorado County Superior Court; and

3. This case is closed.

DATED: August 28, 2012.

_____
UNITED STATES DISTRICT JUDGE