1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PENNYMAC CORP.,

11        Plaintiff,                Case No. CVI S-12-1425 KJM DAD PS

12     vs.

13   DALE P. BABIJ;                ORDER
     TRACEY L. BABIJ,
14

15        Defendants.

16   _____/

17        Defendants are proceeding pro se in the above-entitled action, which they

18   removed from state court.  The matter was referred to a United States Magistrate Judge pursuant

19   to Local Rule 302(c)(21).

20        On June 8, 2012, the magistrate judge filed findings and recommendations, which

21   were served on defendants and which contained notice that any objections to the findings and

22   recommendations were to be filed within fourteen days after service of the findings and

23   recommendations.  The fourteen-day period has expired, and defendants have not filed

24   objections to the findings and recommendations.

25        The court presumes that any findings of fact are correct.  *See Orand v. United*

26   *States,* 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

1

reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed June 8, 2012 (Doc. No. 7) are adopted in full;

2.  This action is summarily remanded to the El Dorado County Superior Court; and

3.  This case is closed.

DATED:  August 28, 2012.

UNITED STATES DISTRICT JUDGE